LINK: 20

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 13-6154 GAF (PJWx) | Date | May 15, 2014 |
|---|---|---|---|
| Title | United States of America et al v. Managed Health Care Associates Inc et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**      (In Chambers)

### ORDER RE: NOTICE OF ELECTION
### TO DECLINE INTERVENTION

The Court is presently in receipt of a notice, filed by the State of California, declining to intervene in this qui tam action. (Docket No. 20 [Not. of Election].) A proposed order has been attached to the notice. However, at least as currently filed, the notice cannot support the order.

The proposed order appropriately recognizes that California has declined to intervene, and preserves a number of rights for that State. But it also recognizes the abstentions and prerogatives of several other States. And none of these other States have indicated—whether by individual notice, or even by signing a joint statement—that they wish to allow the action to proceed without them. In the absence of some indication from each of them, the Court will not enter an order that may limit their rights.

Accordingly, the Court will not sign the proposed order. If the States do wish to decline intervention, they should file a joint statement indicating as much. Such a statement should also include a proposed order similar to the one currently before the Court.

**IT IS SO ORDERED.**