DANIEL S. RUZUMNA (admitted *pro hac vice*)
druzumna@pbwt.com
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

MARC S. HARRIS (State Bar No. 136647)
mharris@scheperkim.com
**SCHEPER KIM & HARRIS LLP**
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

*Attorneys for Defendant MHA LONG TERM CARE NETWORK, INC.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *EX REL.*, FOX RX, INC. AS RELATOR UNDER THE FEDERAL FALSE CLAIMS ACT; et al., <br><br> Plaintiffs, <br><br> v. <br><br> MHA LONG TERM CARE NETWORK, INC.; et al., <br><br> Defendants. | CASE NO. 2:13-cv-06154-GAF (PJWx) <br><br> **JOINT STIPULATION OF DISMISSAL** |

JOINT STIPULATION OF DISMISSAL

7197940v.1

Relator Fox RX, Inc. ("Relator" or "Fox") and defendant MHA Long Term Care Network, Inc. ("MHA LTC" and collectively, "the Parties"), pursuant to Fed. R. Civ. P. 41(a)(2), hereby stipulate, through their undersigned counsel, for the entry of an order dismissing all claims asserted against MHA LTC.  The Declaration of Daniel S. Ruzumna in Support of the Stipulation of Dismissal dated July 21, 2014 and a Proposed Order are filed herewith.

WHEREAS, Relator filed this qui tam action under the federal False Claims Act on behalf of the United States, and under various similar statutes under the respective laws of the District of Columbia and the States of California, Florida, New Jersey, New York, and Texas, on August 21, 2013.

WHEREAS, Relator filed its First Amended Complaint in this action on October 25, 2013.

WHEREAS, the United States Government declined to intervene in this action on April 14, 2014.

WHEREAS, the Parties stipulated to the filing of a Second Amended Complaint on May 21, 2014, and that stipulation was entered on May 29, 2014.

WHEREAS, Relator filed its Second Amended Complaint in this action on June 3, 2014.

WHEREAS, on July 3, 2014, MHA LTC filed a motion to dismiss the Second Amended Complaint on various grounds, including a recent decision by the U.S. District Court for the Northern District of Georgia, entitled *United States ex rel. Fox RX, Inc. v. Omnicare, Inc.*, No. 11-cv-962, 2012 U.S. Dist. LEXIS 145036, *18 (N.D. Ga. Aug. 29, 2012).

WHEREAS, the states of California, Florida, New Jersey, New York, and Texas, and the District of Columbia declined to intervene in this action on July 8, 2014.

WHEREAS, the Parties have agreed that they will each bear their own costs

1

JOINT STIPULATION OF DISMISSAL

7197940v.1

and attorneys' fees with respect to this action.

WHEREAS, the states of California, Florida, New Jersey, New York, and Texas, and the District of Columbia have consented to the dismissal of this action.

WHEREAS, the Court must give written consent to the dismissal and its reasons for consenting in order to properly effectuate dismissal under the False Claims Act, 31 U.S.C. § 3730(b)(1).

ACCORDINGLY, the parties, by and through their counsel of record, hereby stipulate to, and request the Court's approval of the following:

1. An order dismissing this action, and all causes of action asserted by Relator herein, with prejudice as to Relator, but without prejudice as to the United States, the States, and the District of Columbia.

2. An order that the parties shall bear their own costs and attorneys' fees with respect to this action.

**IT IS SO STIPULATED.**

DATED: July 21, 2014

**PATTERSON BELKNAP WEBB & TYLER LLP**
DANIEL S. RUZUMNA (admitted pro hac vice)

MARC S. HARRIS, SBN 136647
**SCHEPER KIM & HARRIS LLP**

By: /s/ Daniel S. Ruzumna
Daniel S. Ruzumna

*Attorneys for Defendant MHA Long Term Care Network, Inc.*

DATED: July 21, 2014

WALTER J. LACK, SBN 57550
PAUL A. TRAINA, SBN 155805
JARED W. BEILKE, SBN 195698
**ENGSTROM, LIPSCOMB & LACK**

MICHAEL I. LEONARD
**LEONARD LAW OFFICES**

By: /s/ Michael I. Leonard

*Attorneys for Relator Fox RX, Inc.*

I hereby attest that all of the signatories electronically listed above concur in this filing's content and have authorized the filing in compliance with Local Rule 5-4.3.4.(a)(2)(i).

/s/ Daniel S. Ruzumna
Daniel S. Ruzumna

3
JOINT STIPULATION OF DISMISSAL

7197940v.1