1  DANIEL S. RUZUMNA (admitted *pro hac vice*)
   druzumna@pbwt.com
2  **PATTERSON BELKNAP WEBB & TYLER LLP**
   1133 Avenue of the Americas
3  New York, New York  10036                              JS-6
   Telephone:  (212) 336-2000
4  Facsimile:   (212) 336-2222

5
   MARC S. HARRIS (State Bar No. 136647)
6  mharris@scheperkim.com
   **SCHEPER KIM & HARRIS LLP**
7  601 West Fifth Street, 12th Floor
   Los Angeles, CA  90071-2025
8  Telephone: (213) 613-4655
   Facsimile:  (213) 613-4656
9

10 *Attorneys for Defendant MHA LONG*
   *TERM CARE NETWORK, INC.*
11

12             **UNITED STATES DISTRICT COURT**

13    **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

14

15 UNITED STATES OF AMERICA EX          CASE NO. 2:13-cv-06154-GAF
   REL., FOX RX, INC. AS RELATOR        (PJWx)
16 UNDER THE FEDERAL FALSE
   CLAIMS ACT; et al.,                  **ORDER OF DISMISSAL**
17
            Plaintiffs,
18

19          v.

20
   MHA LONG TERM CARE
21 NETWORK, INC.; et al.,

22
            Defendants.
23

24

25

26

27

28

───────────────────────────────────────────
                    ORDER OF DISMISSAL
7197943v.1

1    This Court, having considered the parties' Joint Stipulation of Dismissal,

2  the Declaration of Daniel S. Ruzumna dated July 21, 2014, with attached exhibits,

3  as well as the United States' consent to that dismissal, finds good cause for

4  dismissing this case.  Specifically, the parties have agreed in light of recent court

5  decisions to dismiss the case with each party bearing its own costs and attorneys'

6  fees.  This constitutes sufficient reason for the Court to consent to the dismissal of

7  the case.  Accordingly, the Court does so and orders as follows:

8    1.    Relator's Second Amended Complaint shall be dismissed with

9  prejudice as to the Relator and without prejudice as to the United States, the States,

10  and the District of Columbia.

11    2.    The parties shall bear their own costs and attorneys' fees with respect

12  to this action.

13    3.    This case is now CLOSED and dismissed.

14    **IT IS SO ORDERED.**

15

16  Dated: July 21, 2013    _____

   Hon. Gary A. Fees

17    Judge, United States District Court

18

19

20    **JS-6**

21

22

23

24

25

26

27

28

                            1
                    ORDER OF DISMISSAL

7197943v.1